

June 28, 2018

Judge Cecelia G. Morris
US Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601

        **In Re: Martin and Donna Maturine**
        **Case No. 16-36185-cmg**

Dear Judge Morris,

    As you are aware, our firm continues to represent Ditech Financial LLC as secured creditor, in the above referenced matter. On or about October 11, 2017 a Motion for Relief from Stay was filed (Docket #33).

    This letter serves to advise that our Motion for Relief from Stay is hereby withdrawn without prejudice. Further, it is our understanding that the loss mitigation matter will be terminated by the debtor and therefore, we believe the loss mitigation hearing set for July 3, 2018 would be moot.

    Should you have any questions or concerns please feel free to contact this office. Thank you for your kind consideration in this matter.

                                                               Respectfully,

                                                              /s/ Barbara Whipple
                                                              Barbara Whipple Esq.
                                                              Robertson, Anschutz & Schneid, PL
                                                              bwhipple@rasflaw.com

Cc: Michael O'Leary, Esq (Via ECF)